IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-3830 |
| | § | |
| THEOLA ROBINSON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING COLONY'S MOTION TO STRIKE
AND REQUIRING APPEARANCE OF COUNSEL**

The plaintiff, Colony Insurance Company, moved to strike the answers of Benji's Special Education Academy School District and Benjy's Special Education Academy.  (Docket Entry No. 14).  Both answers were filed by an individual, Theola Robinson.  Because a corporation can only be represented by counsel, Ms. Robinson cannot appear on behalf of Benji's Special Education Academy School District and Benjy's Special Education Academy.  Ms. Robinson has been given notice that if counsel does not represent these defendants, a default may be granted against them.

The motion to strike is granted.  If Benji's Special Education Academy School District and Benjy's Special Education Academy do not have counsel appear and file an answer on their behalf by **August 13, 2010**, default may be entered without further notice.

SIGNED on July 26, 2010, at Houston, Texas.

                                                Lee H. Rosenthal
                                        United States District Judge