IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COLONY INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-3830 |
| | § | |
| THEOLA ROBINSON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL DECLARATORY JUDGMENT

In accordance with the Memorandum and Opinion entered on September 8, 2010, this court enters a declaratory judgment that Colony Insurance Co. owes no duty to defend or indemnify Theola Robinson dba Benji Charter School, Benji's Special Education Academy Independent School District, and Benji's Special Education Academy for any claims asserted or liability arising from *Lavera A. Fransau Templeton, individually and anf of T.L.K. and D.K., minor children, v. Verna Elaine Samuels, Benji's Special Educational Academy aka BSEA ISD aka Benji's Academy, Inc., Benji's Special Educational Academy Independent School District, and the City of Houston*, Cause No. 2009-60349, pending in the 151st Judicial District of Harris County, Texas.

This is a final judgment.

SIGNED on September 8, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge